IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VERNA CONNORS and GORDON
VAUGHN,

    Plaintiffs,

vs.    CASE NO. 5:10cv266/RS-GRJ

UNITED STATES GOVERNMENT;
CIA; STATE OF FLORIDA; FEDERAL
BUREAU OF INVESTIGATION; BAY
COUNTY; PANAMA CITY HALL; and
PANAMA CITY POLICE DEPARTMENT,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 11) and Plaintiff's Notice of Appeal (Doc. 12), which shall be construed as objections. I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion For Leave To Proceed (Doc. 2) is **denied**.

3. This case is dismissed as frivolous and for failure to state a claim for relief.

4. The clerk is directed to close the file.

**ORDERED** on January 6, 2011.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**